JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAZEN HINDI, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. CV13-02336-PA-(VBKx)<br>Related to Case No. 12-CV-04689-PA (VBKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 15, 2012<br><br>District Judge:　Hon. Percy Anderson<br>Dept:　　　　　　15<br><br>Magistrate:　　　Hon. Victor B. Kenton<br>Dept:　　　　　　590<br>Trial Date:　　　Not Set |

1  Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2  and between the parties, the Court hereby orders this action to be dismissed with
3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4  shall bear their own attorneys' fees and costs.

6  IT IS SO ORDERED.

9  Dated: August 7, 2013         _____
                                  Hon. Percy Anderson
                                  United States District Judge